Form 6 (ND/SD Miss. Dec. 2016)

## United States District Court
## Northern District of Mississippi

UNITED STATES OF AMERICA     Plaintiff

v.

Civil Action No.    1:98-CR-00018-WAP-JAD

ISHMAEL PETTY            Defendant

### APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: PATRICK J. BURKE

Firm Name: PATRICK J. BURKE, P.C.

Office Address: 303 16TH STREET, SUITE 200

City: DENVER    State: CO    Zip: 80202

Telephone: 303-825-3050    Fax: 303-825-2992

E-Mail: patrick-j-burke@msn.com

(B) Client(s): ISHMAEL PETTY

Address: USP FLORENCE ADMAX, PO BOX 8500

City: FLORENCE    State: CO    Zip: 81226

Telephone: 719-784-9464    Fax: 719-784-5290

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

United State v. Ishmael Petty, 1:20-y-00120-PAB *SEALED*, U.S.D.C. for the District of Colorado.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I am Court-appointed Learned Counsel for Ishmael Petty in the above-sealed case.

(C)   I am admitted to practice in the:



☑   State of Colorado & IL

☐   District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

United States District Court for the District of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| State of Colorado | 1973 |
| State of Illinois | 1973 |
| United States District Courts of Colorado & Illinois | 10/02/73 |
| Tenth Circuit Court of Appeals | 06/13/1979 |
| United States Supreme Court | 03/05/1990 |
| Also have active cases in the USDC for the Northern District of West Virginia, Eastern District of Texas Beaumont Division and USDC for the Western District of Louisiana. Also had recent past cases with USDCs for the Southern District of California, the Southern District of Indiana, Western District of Michigan, District of Wyoming and Western District of Virginia. | |

|   |   | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ⦿ |
|   | Have you had admission pro hac vice revoked in this state? | ○ | ⦿ |
|   | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ⦿ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|   |   | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ⦿ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

      If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ◉ |

      If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

N/A

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? **Yes** ☉  No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? **Yes** ☉  No ○

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Gregory S. Park, MSB No. 9419

Firm Name:   Federal Public Defender Northern & Southern Districts of Mississippi

Office Address:   1200 Jefferson Avenue, Suite 100

City: Oxford     State: MS     Zip: 38655

Telephone: 662-236-2889     Fax: 662-234-0428

Email address: greg_park@fd.org

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

09/13/2023                                         _____
Date                                               Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 15th day of September, 2023

_____
Resident Attorney

6